UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PAULA FOOTE, TERRY FABRICANT, and SIDNEY NAIMAN, LUCY ALSULIMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>HEALTH INSURANCE INNOVATIONS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>      Defendant. | Case No. 8:18-cv-00690-TPB-TGW |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs Paula Foote, Terry Fabricant, Sidney Naiman, and Lucy Alsuliman and Defendant Health Insurance Innovations, Inc., by and through their attorneys, stipulate to the dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation disposes of the entire action. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted this 14th day of February, 2020

By: *s/ Raymond R. Dieppa*
Raymond R. Dieppa, Esq. FBN: 27690
Ray.Dieppa@floridalegal.law
FLORIDA LEGAL, LLC
261 N.E. 1ST STREET, SUITE 502
MIAMI, FLORIDA 33132
(305) 901-2209 - TELEPHONE
(786) 870-4030 – FACSIMILE
*Attorneys for the Plaintiffs Paula Foote,
Terry Fabricant, Lucy Alsuliman, and
Sidney Naiman*

By: s/ *Dariel Abrahamy*
Garry W. O'Donnell, Esq.
Florida Bar No. 0478148
Email: garryodonnell@gmlaw.com
Dariel J. Abrahamy, Esq.
Florida Bar No. 0014901
Email: dariel.abrahamy@gmlaw.com
GREENSPOON MARDER LLP
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile:  (561) 807-7527
*Attorneys for Defendant,
Health Insurance Innovations, Inc.*

43292123